**FILED**

AUG 1 9 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  **Ulrico S. Rosales, SBN 139809**
   urosales@wsgr.com
2  **Michael J. Nader, SBN 200425**
   mnader@wsgr.com
3  **WILSON SONSINI GOODRICH & ROSATI PC**
   650 Page Mill Road
4  Palo Alto, CA 94304
   Telephone:   (650) 493-9300
5  Facsimile:   (650) 493-6811

6  **Phillip G. Vermont, SBN 132035**
   pvermont@randicklaw.com
7  **Leslie A. Baxter, SBN 148195**
   lbaxter@randicklaw.com
8  **Patrick E. Guevara, SBN 202727**
   pguevara@randicklaw.com
9  **RANDICK O'DEA & TOOLIATOS, LLP**
   5000 Hopyard Road, Suite 400
10 Pleasanton, California   94588
   Telephone:   (925) 460-3700
11 Facsimile:   (925) 460-0969

12 Attorneys for Plaintiffs IPCENTRICS CORPORATION,
   TELECENTRICS LLC, and TIERONE MARKETING
13 CORPORATION

14                UNITED STATES DISTRICT COURT

15           FOR THE NORTHERN DISTRICT OF CALIFORNIA

16                    SAN FRANCISCO DIVISION

18 | IPCENTRICS CORPORATION,         | Case No.: C09-06106 CRB ADR
   | TELECENTRICS LLC, and TIERONE   |
19 | MARKETING CORPORATION,          | STIPULATION AND [PROPOSED] ORDER
   |                                 | REGARDING TELEPHONIC
20 |              Plaintiffs,        | APPEARANCE AT CASE MANAGEMENT
   |                                 | CONFERENCE
21 |     vs.                         |
   |                                 | Conference Date:  August 20, 2010
22 | JORDAN NELSON PEARCE, DEREK     | Time:             8:30 AM
   | SCOTT DOMENY, CENTELESIS LLC,   | Judge:            Hon. Charles R. Breyer
23 | ITEL MARKETING CORP., and       | Courtroom:        8, 19th Floor
   | AMERICAN REFERRAL NETWORK       |
24 | INC.,                           |
25 |              Defendants.        |

27                [DOCUMENT SUBMITTED UNDER SEAL]

28 ────────────────────────────────────────────────
   STIPULATION AND [PROPOSED] ORDER REGARDING
   TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE
   CASE NO. C09-06106 CRB ADR
   221268.DOC

1

## STIPULATION AND [PROPOSED] ORDER REGARDING TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE

**COMES NOW**, plaintiffs IPCENTRICS CORPORATION, TELECENTRICS LLC, and TIERONE MARKETING CORPORATION (collectively, "Plaintiffs"), and defendants JORDAN NELSON PEARCE, CENTELESIS LLC, and ITEL MARKETING CORP. (collectively, "Defendants") by and through undersigned counsel, hereby stipulate and respectfully request that this Honorable Court permit the respective parties' counsel to appear by telephone at the Case Management Conference on August 20, 2010 at 8:30 a.m. in Courtroom 8.

IT IS SO STIPULATED.

Dated: 8/16/2010

RANDICK O'DEA & TOOLIATOS, LLP

By: _____
Patrick E. Guevara

Attorneys for Plaintiffs IPCENTRICS CORPORATION, TELECENTRICS LLC, and TIERONE MARKETING CORPORATION

Dated: 8/16/2010

MORRISON & FOERSTER LLP

By: _____
Anne K. Davis

Attorneys for Defendants JORDAN NELSON PEARCE, CENTELESIS LLC, and ITEL MARKETING CORP.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: Aug. 19, 2010

_____
UNITED STATES DISTRICT JUDGE

2

STIPULATION AND [PROPOSED] ORDER REGARDING
TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE
CASE NO. C09-06106 CRB ADR

**PROOF OF SERVICE**

I, Dawn M. Brum, declare:

I am employed in Alameda County, State of California, am over the age of eighteen years, and not a party to the within action. My business address is 5000 Hopyard Road, Suite 400, Pleasanton, California 94588. I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service and/or other overnight delivery. Under overnight delivery practice, all mailings are deposited in an authorized area for pick-up by an authorized express service courier the same day it is collected and processed in the ordinary course of business. On the date set forth below, I served the within:

**STIPULATION AND [PROPOSED] ORDER REGARDING TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**

on the parties in this action by placing a true copy thereof in a sealed envelope, and each envelope addressed as follows:

| | |
|---|---|
| Darryl P. Rains, Esq.<br>Anne K Davis, Esq.<br>Morrison & Foerster LLP<br>755 Page Mill Road<br>Palo Alto, CA 94304-1018<br><br>drains@mofo.com and adavis@mofo.com | **Attorneys for Defendants**<br>**JORDAN NELSON PEARCE,**<br>**CENTELESIS LLC, and ITEL**<br>**MARKETING CORP.** |

[X]  **(By U.S. Mail)** I caused each such envelope to be served by depositing same, with postage thereon fully prepaid, to be placed in the United States Postal Service in the ordinary course of business at Pleasanton, California.

[ ]  **(By Email)** I caused the above-referenced document(s) to be electronically served by emailing a true and correct copy through Randick O'Dea & Tooliatos LLP's electronic mail system, to the email address(es) set forth as listed above.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 17, 2010, at Pleasanton, California.

*/s/ Dawn M. Brum*
Dawn M. Brum

---

PROOF OF SERVICE
221268.doc