1  **Ulrico S. Rosales, SBN 139809**
   urosales@wsgr.com
2  **Michael J. Nader, SBN 200425**
   mnader@wsgr.com
3  **WILSON SONSINI GOODRICH & ROSATI PC**
   650 Page Mill Road
4  Palo Alto, CA 94304
   Telephone:    (650) 493-9300
5  Facsimile:    (650) 493-6811

6  **Phillip G. Vermont, SBN 132035**
   pvermont@randicklaw.com
7  **Leslie A. Baxter, SBN 148195**
   lbaxter@randicklaw.com
8  **Patrick E. Guevara, SBN 202727**
   pguevara@randicklaw.com
9  **RANDICK O'DEA & TOOLIATOS, LLP**
   5000 Hopyard Road, Suite 400
10 Pleasanton, California   94588
   Telephone:    (925) 460-3700
11 Facsimile:    (925) 460-0969

12 Attorneys for Plaintiffs IPCENTRICS CORPORATION,
   TELECENTRICS LLC, and TIERONE MARKETING
13 CORPORATION

14                    **UNITED STATES DISTRICT COURT**

15                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

16                          **SAN FRANCISCO DIVISION**

17

| | |
|---|---|
| 18  IPCENTRICS CORPORATION, TELECENTRICS LLC, and TIERONE MARKETING CORPORATION | Case No.: C09-06106 CRB ADR |
| 19 | **STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE** |
| 20                      Plaintiffs, | |
| 21         vs. | Conference Date:   January 7, 2011<br>Time:                       8:30 AM |
| 22  JORDAN NELSON PEARCE, DEREK SCOTT DOMENY, CENTELESIS LLC, | Judge:                      Hon. Charles R. Breyer<br>Courtroom:           8, 19th Floor |
| 23  ITEL MARKETING CORP., and AMERICAN REFERRAL NETWORK | |
| 24  INC., | |
| 25                      Defendants. | |

26

27

28

1  **STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE**
2

3   The Court referred this matter to mediation through the Court's ADR Program on April 16, 2010. On October 14, 2010, the parties attended the mediation with Stewart H. Foreman, Esq. While the remaining parties were not able to conclude a settlement at this mediation, they continued to negotiate terms for a permanent injunction. Prior to the Christmas holiday, the parties continued to negotiate injunctive relief terms and were invited by Mr. Foreman to return for a follow up mediation. The parties desire to continue the upcoming case management conference (and defer the discovery schedule and possible discovery-related motions) to allow them additional time after the holidays to conclude their current negotiations and, if necessary, return to Mr. Foreman for a second mediation session.

   Accordingly, it is hereby stipulated by and among the parties that the further case management conference scheduled for January 7, 2011 shall be continued and shall take place in this Court no less than 60 days on _____March 18__, 2011 at 8:30 a.m., unless otherwise ordered by this Court.

**SO STIPULATED**

Dated: December 30, 2010                RANDICK O'DEA & TOOLIATOS, LLP

                                        /s/

                                        By: _____
                                            Patrick E. Guevara
                                            Attorneys for Plaintiffs


Dated: December 30, 2010                MORRISON FOERSTER LLP

                                        /s/

                                        By: _____
                                            Darryl P. Rains
                                            Attorneys for Defendants

1
2
3  Dated: __January 3, 2011_____
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PURSUANT TO STIPULATION,
IT IS SO ORDERED**

By: _____
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)

3