Ulrico S. Rosales, SBN 139809
urosales@wsgr.com
Michael J. Nader, SBN 200425
mnader@wsgr.com
WILSON SONSINI GOODRICH & ROSATI PC
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

Phillip G. Vermont, SBN 132035
pvermont@randicklaw.com
Leslie A. Baxter, SBN 148195
lbaxter@randicklaw.com
Patrick E. Guevara, SBN 202727
pguevara@randicklaw.com
RANDICK O'DEA & TOOLIATOS, LLP
5000 Hopyard Road, Suite 400
Pleasanton, California 94588
Telephone: (925) 460-3700
Facsimile: (925) 460-0969

Attorneys for Plaintiffs IPCENTRICS CORPORATION,
TELECENTRICS LLC, and TIERONE MARKETING
CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IPCENTRICS CORPORATION, TELECENTRICS LLC, and TIERONE MARKETING CORPORATION<br><br>Plaintiffs,<br><br>vs.<br><br>JORDAN NELSON PEARCE, DEREK SCOTT DOMENY, CENTELESIS LLC, ITEL MARKETING CORP., and AMERICAN REFERRAL NETWORK INC.,<br><br>Defendants. | CASE NO.: C09-06106 CRB ADR<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE**<br><br><br>Conference Date: March 18, 2011<br>Time: 8:30 a.m.<br>Judge: Hon. Charles R. Breyer<br>Courtrm: 8, 19th Floor |

1

STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER
CASE MANAGEMENT CONFERENCE
CASE NO. C09-06106 CRB ADR

1  STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE
2
3       The Court referred this matter to mediation through the Court's ADR Program on April 16, 2010. On October 14, 2010, the parties attended the mediation with Stewart H. Foreman, Esq. After the mediation, the parties continued to negotiate terms for a permanent injunction. The parties are close to finalizing a settlement and desire to continue the upcoming case management conference (and defer the discovery schedule and possible discovery-related motions) to allow them time to conclude their negotiations.

       Accordingly, it is hereby stipulated by and among the parties that the further case management conference scheduled for March 18, 2011, shall be continued and shall take place in this Court no less than 60 days on _____ May 27, 2011 at 8:30 a.m., unless otherwise ordered by this Court.

**SO STIPULATED.**

Date: March 9, 2011

RANDICK O'DEA & TOOLIATOS, LLP

By: _____
Leslie A. Baxter
Attorneys for Plaintiffs

Date: March 9, 2011

MORRISON FOERSTER, LLP

By: _____
Darryl P. Rains
Attorneys for Defendants

**PURSUANT TO STIPULATION,
IT IS SO ORDERED**

Date: March 11, 2011

By: _____
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

STIPULATION AND [PROPOSED] ORDER CONTINUING
CASE MANAGEMENT CONFERENCE
CASE NO. C09-06106 CRB ADR