United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IPCENTRICS CORPRATION, TELECENTRICS, LLC, and TIERONE MARKETING CORPORATION,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>JORDAN NELSON PEARCE, DEREK SCOTT DOMENY, CENTELESIS LLC, ITEL MARKETING CORP., and AMERICAN REFERRAL NETWORK, INC.,<br><br>　　　　Defendants.<br>_____/ | No. C 09-06106 CRB<br><br>**ORDER OF DISMISSAL** |

The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this case,

IT IS HEREBY ORDERED that this case be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within forty-five days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

//

//

1
2   Dated: May 23, 2011
3                                                    _____
                                                     CHARLES R. BREYER
                                                     UNITED STATES DISTRICT JUDGE